# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145436-7

MARY BUHALIS,
      Plaintiff-Appellant,

v

                                         SC: 145436-7
                                         COA: 296535, 300163

TRINITY CONTINUING CARE SERVICES,
a/k/a SANCTUARY AT THE ABBEY, f/k/a
ABBEY MERCY LIVING CENTER,
      Defendant-Appellee.

                                         Macomb CC: 2009-000633-NO

_____/

      On order of the Court, the application for leave to appeal the May 29, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012

t1128

                                      Clerk